```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 23541
    FABIOLA MARIE B PETIT
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4676

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/14/2005 and was confirmed 08/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  54.83% from remaining funds.

     The case was paid in full 02/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
ARROW FINANCIAL SERVICES  UNSECURED       NOT FILED            .00             .00
ARROW FINANCIAL SERVICES  UNSECURED       NOT FILED            .00             .00
ASSOICATED RECOVERY SYST  UNSECURED       NOT FILED            .00             .00
ASSOCIATED RECOVERY SYST  UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSECURED          891.73            .00          488.94
PORTFOLIO RECOVERY ASSOC  UNSECURED         1098.50            .00          602.31
JC PENNEY                 UNSECURED       NOT FILED            .00             .00
MEYER & NJUS              UNSECURED       NOT FILED            .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED            .00             .00
NORTHLAND GROUP           UNSECURED       NOT FILED            .00             .00
NORTHLAND GROUP INC       UNSECURED       NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         3736.22            .00         2048.57
TATE & KIRLIN ASSOC       UNSECURED       NOT FILED            .00             .00
CREDIT BUREAU ENTERPRISE  UNSECURED       NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          899.22            .00          493.04
WEXLER & WEXLER           UNSECURED       NOT FILED            .00             .00
MARSHALL FIELDS           UNSECURED          558.14            .00          306.03
ROUNDUP FUNDING LLC       UNSECURED          355.42            .00          194.88
ROBERT J ADAMS & ASSOC    DEBTOR ATTY     1,810.00                         1,810.00
TOM VAUGHN                TRUSTEE                                            356.23
DEBTOR REFUND             REFUND                                             300.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 6,600.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                  4,133.77
ADMINISTRATIVE                             1,810.00

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 23541 FABIOLA MARIE B PETIT
```

```
TRUSTEE COMPENSATION                                              356.23
DEBTOR REFUND                                                     300.00
                                    ----------------      ----------------
TOTALS                                     6,600.00              6,600.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 05/28/08                   _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 05 B 23541 FABIOLA MARIE B PETIT